```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NARELY URENA,                                   :
                                                :
                    Plaintiff,                  :
        -against-                               :
                                                :      22-CV-8467 (VEC)
                                                :
ARAMARK AMERICAN FOOD SERVICES,                 :      ORDER
INC.                                            :
                                                :
                                                :
                    Defendant.    X
-------------------------------------------------------------

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 4, 2022, Plaintiff commenced this action against Defendant, *see* Compl., Dkt. 1;

      WHEREAS on October 20, 2022, the parties were referred to the Court-Annexed Mediation Program, Dkt. 6;

      WHEREAS on February 1, 2023, Plaintiff's counsel notified the Court that counsel had been unable to reach Plaintiff, *see* Dkt. 7;

      WHEREAS on February 6, 2023, this Court stayed the case and required a status update on efforts to reach Plaintiff by March 3, 2022; *see* Dkt. 8;

      WHEREAS on March 7, 2023, counsel for Plaintiff moved to withdraw due to continued failed attempts to contact Plaintiff, *see* Dkts. 9–11;

      WHEREAS on March 8, 2023, the Court ordered Plaintiff to submit a letter to the Court by March 17, 2023, indicating her position on her counsel's motion to withdraw, and that if Plaintiff failed to respond the Court would grant the motion and order Plaintiff to show cause why the case should not be dismissed for failure to prosecute, *see* Dkt. 12;

WHEREAS the Court granted Mr. Gangat's motion to withdraw as counsel after Plaintiff failed to respond to the Court's order, *see* Dkt. 14;

WHEREAS the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute by no later than April 15, 2023; and

WHEREAS the Court has not yet received a response from Plaintiff.

IT IS HEREBY ORDERED that this case is DISMISSED without prejudice for failure to prosecute. The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE this case.

**SO ORDERED.**

Date: May 8, 2023
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**